AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __ALABAMA__

BEETY WALKER HARRIS

**SUMMONS IN A CIVIL ACTION**

V.

DEPARTMENT OF YOUTH SERVICES AND
JAMES CALDWELL

CASE NUMBER: 2:06 CV 409 -DRB

TO: (Name and address of Defendant)

JAMES CALDWELL
2328 2nd Ave N
BIRMINGHAM, ALABAMA 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT D. DRUMMOND, JR.
323 DE LA MARE AVE
FAIRHOPE, ALABAMA 36532

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    May 5, 2006
CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____ALABAMA_____

BEETY WALKER HARRIS

V.

DEPARTMENT OF YOUTH SERVICES AND
JAMES CALDWELL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV409-DRB

TO: (Name and address of Defendant)

DEPARTMENT OF YOUTH SERVICES
C/O WALTER WOOD 1000 Industrial Rd
MT. MEIGS, ALABAMA 36057

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT D. DRUMMOND, JR.
323 DE LA MARE AVE
FAIRHOPE, ALABAMA 36532

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                  May 5, 2006
CLERK                                             DATE

(By) DEPUTY CLERK