AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Betty Walker Harris

V.

Alabama Department of Youth Services, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv409-DRB

TO: (Name and address of Defendant)

Department of Youth Services
C/o Walter Wood
1000 Industrial Road
Mt. Meigs, Alabama 36507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Drummond, Jr.
323 De La Mare Ave.
Fairhope, Alabama 36532

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  6/14/06

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Betty Walker Harris

V.

Alabama Department of Youth Services, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv409-DRB

TO: (Name and address of Defendant)

James Caldwell
2328 2nd Ave. N.
Birmingham, Alabama   35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Drummond, Jr.
323 De La Mare Ave.
Fairhope, Alabama   36532

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  6/14/06