

Department of Youth Services
C/O Walter Wood
1000 Industrial Road
Mt. Meigs, Alabama 36057