2. Article Number

7160 3901 9841 5329 9270

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

James Caldwell
2328 2nd Avenue N
Birmingham, Alabama 35203

COMPLETE THIS SECTION DELIVERY

A. Received by (Please Print Clearly)
B. Date of Delivery: 6/19/06
C. Signature: X _[signature]_ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

06cv 409 svc

PS FORM 3811, January 2005          Domestic Return Receipt