UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY WALKER HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:06-CV-00409-DRB |
| **ALABAMA DEPARTMENT** | ) |
| **OF YOUTH SERVICES;** | ) |
| **JAMES CALDWELL,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned Peter H. Burke of the law firm Whatley, Drake & Kallas, LLC, and hereby files notice of appearance as counsel for the Plaintiff James Caldwell.  The undersigned counsel respectfully requests the Court and all parties to provide notice of all pleadings, motions and any other matters pertinent to this action.

Respectfully Submitted,


__/s/ Peter H. Burke_____
Peter H. Burke
Attorney for Defendant James Caldwell

**OF COUNSEL:**

WHATLEY, DRAKE & KALLAS, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647
Telephone: 205-328-9576
Facsimile: 205-328-9669
ecf@whatleydrake.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to such counsel of record.

Robert D. Drummond, Jr.
323 De La Mare Avenue
Fairhope, Alabama 36532
*Attorney for Plaintiff Betty Walker Harris*

                                              /s/ Peter H. Burke
                                                Of Counsel