IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WALKER HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-00409-DRB |
| ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, et a.,l ) | |
| ) | |
| Defendants. ) | |

### ORDER

The record reflects that on June 15, 2006, *Gina Carleton*, acting for the Alabama Department of Youth Services, accepted service of the summons and complaint filed on May 5, 2006. Accordingly, it is

**ORDERED** that the Defendant, Alabama Department of Youth Services, file a proper pleading by July 26, 2006, to show any cause for its failure to answer, or otherwise respond to the complaint by its July 5, 2006 deadline.

Done this 17th day of July, 2006

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE