IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| BETTY WALKER HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CV 2:06cv409-DRB |
| ) | |
| vs. ) | |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| YOUTH SERVICES; JAMES ) | |
| CALDWELL, ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO ORDER

**COMES NOW**, the Defendant Alabama Department of Youth Services ("DYS"), by and through the undersigned, responds to the Order of the Magistrate Judge, dated July 17, 2006, as follows:

1. Since June 2001, seven (7) lawsuits ("Chalkville Litigation") have been filed against DYS, various supervisory employees, and non-supervisory staff members arising out of an investigation commenced at DYS' Chalkville campus in May 2001.

2. On or about February 6, 2006, counsel for DYS and its employees, the Attorney General, various representatives from the State of Alabama and the various Plaintiffs' attorneys, including this Plaintiff's attorney, met with mediator, Judge John Carroll, to possibly negotiate a global settlement of all claims arising from the May 2001 investigation.

3. Since that day, all Chalkville Litigation, federal and state, has been stayed.

4. During this mediation process Betty Walker Harris' ("Harris") claims have been considered in the settlement negotiations despite the fact that Harris had not yet filed a Complaint.

5. Although the other cases have been stayed, Harris recently had to file her Complaint

to preserve her claims withing the statue of limitations.

6. The undersigned submits that the delay was due to an administrative miscommunication on the part of the undersigned as a result of the global mediation.

7. Filed simultaneously herewith is an Answer to the Plaintiff's Complaint on behalf of DYS.

8. The Answer filed simultaneously herewith is signed by the undersigned and additional counsel may file a notice of appearance on behalf of DYS hereafter.

9. The undersigned submits that no prejudice to any party has resulted from the delay.

**WHEREFORE PREMISES CONSIDERED**, DYS respectfully requests that the Court accept DYS' Answer and issue any scheduling orders that the Court deems necessary.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2006, I electronically filed the foregoing **Response to Order**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Robert D. Drummond, Jr.
    Attorney for Plaintiff
    323 DE La Mare Ave.
    Fairhope, AL 36532
    robertdrummond@bellsouth.net

    Peter H. Burke
    2323 2nd Avenue, North
    P. O. Box 10647
    Birmingham, AL 35202
    ecf@whatleydrake.com

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ T. Dudley Perry, Jr.
    T. Dudley Perry, Jr.
    Bar Number: 3985-R67T
    Deputy Attorney General
    Attorney for the Defendant
    Alabama Department of Youth Services
    Post Office Box 66
    Mt. Meigs, AL 36057
    Telephone: (334) 215-3803
    Fax: (334) 215-3872
    E-Mail: dudley.perry@dys.alabama.gov