IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY WALKER HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00409-DRB |
| | ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After consideration of the *Response to Order* filed July 26, 2006 (Doc. 10), by Defendant Alabama Department of Youth Services, it is, for good cause shown,

**ORDERED** that the *Answer* filed for this Defendant on July 26, 2006 (Doc. 9), is hereby allowed. Based on the reported ongoing mediation of this claimsalong with others in stayed litigation, it is further

**ORDERED** that counsel for Plaintiff Harris and Counsel for Defendants file a Joint Notice on the current status of mediation, along with any motion deemed appropriate to request any reasonable stay in this litigation for completion of any scheduled mediation conferences before the court instructs the parties to confer for the filing of their Rule 26(f) discovery plan. .

Done this 27th day of July, 2006

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE