IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WALKER HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-00409-DRB |
| ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, et a., ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

For good cause, it is ORDERED that the July 27, 2006 Order (Doc. 11) is hereby amended to set a deadline for the parties' notice to the court, as follows:

It is further ORDERED that counsel for Plaintiff Harris and Counsel for Defendants file by **August 15, 2006,** a Joint Notice on the current status of mediation, along with any motion deemed appropriate to request any reasonable stay in this litigation for completion of any scheduled mediation conferences before the court instructs the parties to confer for the filing of their Rule 26(f) discovery plan.

DONE this 3rd day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE