IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WALKER HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>YOUTH SERVICES, et.al., )<br>)<br>Defendants. ) | Case No.: 2:06-cv-00409-DRB |

## NOTICE OF APPEARANCE

**COME NOW** H. Lewis Gillis, Christopher K. Whitehead, Frederic A. Bolling, and Camille L. Edwards, of Thomas, Means, Gillis & Seay, P.C., and hereby enter their appearance as counsel on behalf of Defendant Alabama Department of Youth Services. Counsel respectfully request that any and all pleadings or other documents pertaining to this matter be served on counsel and otherwise brought to their attention.

Respectfully Submitted,

/s/ H. Lewis Gillis
H. LEWIS GILLIS

OF COUNSEL:

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
505 20TH Street North
Suite 400, Financial Center (35203)
P.O. Drawer 11365
Birmingham, AL 35202-1365
Phone: (205) 328-7915
Fax: (205) 214-6160

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of August, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

Peter H. Burke, Esq.
**WHATLEY, DRAKE, L.L.C.**
2323 2ND Avenue North
Birmingham, Alabama 35203

William Samford, Esq.
Dudley Perry, Esq.
General Counsel of Alabama Dept.
of Youth Services
P.O. Box 66
Mount Meigs, Alabama 36057

/s/ H.Lewis Gillis
**OF COUNSEL**