IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY WALKER HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | )     CASE NO.: 2:06CV409-DRB |
| v. | ) |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **YOUTH SERVICES;** | ) |
| **JAMES CALDWELL,** | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE TO THE COURT AND MOTION TO STAY

Comes now the Plaintiff, Betty Walker Harris ("Harris"), Defendant, James Caldwell ("Caldwell") and Defendant, Alabama Department of Youth Services ("DYS"), and pursuant to the Court's Amended Order dated, August 3, 2006, hereby file this Joint Notice on the current status of mediation and Motion to Stay. In support of this Joint Notice and Motion to Stay, the parties state as follows:

1. This action was filed on May 5, 2006. In addition to this action, there are two (2) previously filed actions against these two (2) defendants also pending in the Middle District of Alabama. These actions are *Farmer v. DYS*, Case No.: 2:03cv854-T and *K.M. v. DYS*, Case No.: 2:02cv320-T.

2. Both the *K.M.* and *Farmer* actions have been stayed because of an ongoing global mediation aimed at settling those two (2) actions, as well as the claims in several other actions pending against these two (2) defendants and other Defendants.

3. The former Magistrate Judge, John Carroll, the current Dean of the Cumberland Law School, has been appointed the mediator for the global resolution of these actions and has been in ongoing negotiations with Plaintiff's counsel and Defendant's counsel in all of the pending actions. All of the other actions are currently stayed pending the outcome of these ongoing negotiations.

4. In the interest of judicial economy and in order to save the resources of the parties, all of the parties to this action jointly move the Court to stay this action pending the outcome of the efforts at global resolution.

5. If the efforts at global resolution are not successful, Plaintiff's counsel may file a motion to consolidate this action with the previously filed *Farmer* action. Judge Thompson has been assigned to both the *K.M.* and *Farmer* actions.

6. Finally, counsel for Defendant Caldwell informs the Court that his client has filed an appeal with the Eleventh Circuit in the action of *Peoples, et al. v. DYS*, Case No.: CV01-CO-1433-S and the Eleventh Circuit has set that appeal for oral argument the week of November 27, 2006.

WHEREFORE, premises considered, the parties hereby request that the Court stay this action pending resolution of the global efforts at mediation.

Dated this ___ day of August, 2006.

/s/ Peter H. Burke
Peter H. Burke
*Attorney for Defendant, James Caldwell*

**OF COUNSEL:**
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576 (phone)

|  |  |
|---|---|
|  | /s/ Robert Drummond |
|  | Robert Drummond |
|  | *Attorney for Plaintiff* |

**OF COUNSEL:**
Law Offices of Robert Drummond
323 Delamere Avenue
Fairhope, AL  36532
(251) 990-6249

/s/ T. Dudley Perry
T. Dudley Perry
*Attorney for Defendant, DYS*

**OF COUNSEL:**
Alabama Department of Youth Services
P.O. Box 66
Mount Meigs, AL  36057-0066
(334) 215-3803

/s/ H. Lewis Gillis
H. Lewis Gillis
*Attorney for Defendant, DYS*

**OF COUNSEL:**
Fred Bolling
Camille Edwards
Christopher Whitehead
THOMAS MEANS GILLIS & SEAY, P.C.
400 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 328-7915

3