IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WALKER HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-00409-DRB |
| ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause presented in the *Joint Notice to the Court and Motion to Stay* filed August 15, 2006 (Doc. 14), it is

**ORDERED** that the *Motion to Stay* is GRANTED. Accordingly, further proceedings in this civil action are STAYED in order to facilitate the ongoing global mediation of this action along with others -- including two pending in this court as *Farmer v. Alabama Department of Youth Services, et al*, Case No. 2:03cv854-T and *K.M. v. DYS*, Case No. 2:02cv320-T.

It is further **ORDERED** that the parties file by November 1, 2006, a status report on the global mediation along with either their consents to jurisdiction by a Magistrate Judge or their request for reassignment to a District Judge, consistent with the forms and explanation herewith included.

Done this 15th day of August, 2006

                                       **/s/ Delores R. Boyd**
                                       DELORES R. BOYD
                                       UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY WALKER HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00409-DRB |
| | ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, et a., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____      _____
Date                                               Signature

                                                     _____
                                                     Counsel For (**print** name of all parties)

                                                     _____
                                                     Address, City, State, Zip Code

                                                     _____
                                                     Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO**
**UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY WALKER HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00409-DRB |
| | ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, et a., | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____          _____
Date                                                              Signature

                                                                        _____
                                                                        Counsel For (**print** name of all parties)

                                                                        _____
                                                                        Address, City, State Zip Code

                                                                        _____
                                                                        Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101