**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **BETTY WALKER HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-00409-DRB |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| YOUTH SERVICES, et.al., ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT ON STATUS OF MEDIATION**

COMES NOW, the Alabama Department of Youth Services ("DYS") and makes the following report to the Court in compliance with the Court's Order issued August 15, 2006. As of today's date, DYS reports that:

1. Undersigned Counsel for DYS has communicated with the mediator for the global mediation, Dean John Carroll.

2. Dean Carroll reported to Undersigned Counsel that mediation is on-going.

3. Dean Carroll also reported that he thought that an ideal window of opportunity is now open.

**THESE PREMISES CONSIDERED**, DYS recommends that this Court continue the stay which is currently in place and order the parties to report future progress to this Court by December 1, 2006.

Respectfully Submitted,

/s/ H. Lewis Gillis
**H. LEWIS GILLIS**         (GIL 011)
**FREDERIC A. BOLLING**     (BOL 030)

OF COUNSEL:

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
505 20TH Street North
Suite 400, Financial Center (35203)
P.O. Drawer 11365
Birmingham, AL 35202-1365
Phone: (205) 328-7915
Fax: (205) 214-6160

Robert D. Drummond, Jr., Esq. (DRU004)
323 De La Mare Avenue
Fairhope, Alabama 36532

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of November, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Peter H. Burke, Esq.
**WHATLEY, DRAKE, L.L.C.**
2323 2ND Avenue North
Birmingham, Alabama 35203

William Samford, Esq.
Dudley Perry, Esq.
General Counsel of Alabama Dept.
of Youth Services
P.O. Box 66
Mount Meigs, Alabama 36057

                                                /s/ H.Lewis  Gillis_____
                                                **OF COUNSEL**