IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WALKER HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-409-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| YOUTH SERVICES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of this case being reassigned to the undersigned judge it is hereby ORDERED that the parties shall file a joint status report informing the Court of their progress on or before December 5, 2006.

DONE this the 13th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE