**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BETTY WALKER HARRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-00409-DRB |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **YOUTH SERVICES, et. al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT ON STATUS OF MEDIATION

**COME NOW**, the Alabama Department of Youth Services ("DYS"), James Caldwell, and Betty Walker Harris ("Parties") and make the following report to the Court in compliance with the Court's Order issued November 13, 2006. As of today's date, DYS reports that:

1. Undersigned Counsel for the Parties has communicated with the mediator for the global mediation, Dean John Carroll.

2. Dean Carroll reported to Undersigned Counsel the Parties that mediation is on-going and that it was his opinion that substantial progress is being made.

3. Dean Carroll also reported that a window of opportunity is still open and that he is pushing the parties to move forward.

**THESE PREMISES CONSIDERED**, the Parties recommend that this Court continue the stay which is currently in place and order the parties to report future progress to this Court at an interval of the Court's approval.

Respectfully Submitted,

/s/ H. Lewis Gillis_____
**H. LEWIS GILLIS         (GIL 011)
FREDERIC A. BOLLING    (BOL 030)
CAMILLE L. EDWARDS     (EDW 032)**

OF COUNSEL:
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
505 20^(TH) Street North
Suite 400, Financial Center (35203)
P.O. Drawer 11365
Birmingham, AL 35202-1365
Phone: (205) 328-7915
Fax: (205) 214-6160

/s/Peter H. Burke
**PETER H. BURKE**

OF COUNSEL:
**WHATLEY DRAKE, L.L.C.**
2323 2^(nd) Avenue North
Birmingham, AL  35203

/s/ Robert D. Drummond, Jr.
**ROBERT D. DRUMMOND, JR.**

Robert D. Drummond, Jr., Esq.
**ATTORNEY AT LAW**
323 De La Mara Avenue
Fairhope, AL  36532

## CERTIFICATE OF SERVICE

I hereby certify that on the 5^(TH) day of December, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Peter H. Burke, Esq.
**WHATLEY DRAKE, L.L.C.**
2323 2^(nd) Avenue North
Birmingham, AL  35203

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

William Samford, Esq.
Dudley Perry, Esq.
**General Counsel of Alabama Dept.
of Youth Services**
P.O. Box 66
Mount Meigs, Alabama 36057

/s/ H. Lewis Gillis
**OF COUNSEL**