# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BETTY WALKER HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 2:06-cv-409-WKW** |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **YOUTH SERVICES,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

It is hereby ORDERED that the parties shall file a joint status report informing the Court of the status of this case on or before **June 15, 2007**.

DONE this 4th day of June, 2007.

                        /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE