# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BETTY WALKER HARRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-00409-DRB |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **YOUTH SERVICES, et. al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR DISMISSAL

**COME NOW** all parties in the above-styled matter and respectfully request this Honorable Court to enter an Order dismissing this matter with prejudice in its entirety as to all claims against all parties. As grounds for this motion, the parties state as follows:

1.　The parties have come to a mutual agreement in this matter and have agreed to settle all claims plaintiffs have made or could have made with prejudice. This shall include all pending claims of the plaintiff including damages, costs, and attorney's fees; and all claims of the defendants against the plaintiff for claims of costs and attorney's fees.

**WHEREFORE, PREMISES CONSIDERED**, counsel respectfully requests this Honorable Court enter an order dismissing all claims that the plaintiff has made or could have made against all parties with prejudice, with each party bearing its own attorney's fees and costs. Respectfully submitted this the 14th day of June, 2007.

s// H. Lewis Gillis
_____
**H. LEWIS GILLIS**

s// E. Ashley Cranford
_____
**E. ASHLEY CRANFORD**

s// Peter Burke
_____
**PETER BURKE**

**Attorneys for Defendants**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
505 20TH Street North, Suite 400 (35203)
P.O. Drawer 11365
Birmingham, AL 35202-1365
Phone:(205) 328-7915

**OF COUNSEL**
**WHATLEY DRAKE, L.L.C.**
2323 Second Avenue North
Birmingham, Alabama 35203

**OF COUNSEL**
Peter Burke, Esq.
**BURKE HARVEY & FRANKOWSKI, L.L.C.**
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205-000

/s/ Robert D. Drummond, Jr._____
**ROBERT D. DRUMMOND, JR.**

**Attorney for Plaintiff**

Robert D. Drummond, Jr., Esq.
**ATTORNEY AT LAW**
323 De La Mara Avenue
Fairhope, AL  36532

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2007, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Peter H. Burke, Esq.
**WHATLEY DRAKE, L.L.C.**
2323 2nd Avenue North
Birmingham, AL 35203

Robert D. Drummond, Jr., Esq.
323 De La Mare Avenue
Fairhope, Alabama 36532

William Samford, Esq.
Dudley Perry, Esq.
**General Counsel of Alabama Dept. of Youth Services**
P.O. Box 66
Mount Meigs, Alabama 36057

/s/ H. Lewis Gillis_____
**OF COUNSEL**